**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **COLLIN STREET BAKERY, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 17-CV-0256-N |
| § | |
| **LANDMARK TECHNOLOGY, LLC,** § | |
| § | |
| Defendant. § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Collin Street Bakery, Inc. ("Collin Street Bakery") hereby gives notice of its dismissal without prejudice of this action against Defendant Landmark Technology, LLC ("Landmark"). Landmark has not filed a responsive pleading as of this date.

Respectfully submitted,

By: ___/s/ Craig A. Harris_____
Craig A. Harris
State Bar No. 09056750
Hillary K. Lynch
State Bar No. 24055800
Natalie A. Sears
State Bar No. 24098400

HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
15303 Dallas Parkway, Suite 700
Addison, Texas 75001
Telephone:   (972) 701-7000
Facsimile:    (972) 701-8765

**ATTORNEYS FOR COLLIN STREET BAKERY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on Defendant via e-filing and e-mail on August 14, 2017 as follows:

> John A. Lee
> Banie & Ishimoto LLP
> 3705 Haven Ave #137
> Menlo Park, CA  94025
> Email:  jlee@banishlaw.com

    /s/ Craig A. Harris
Craig A. Harris